IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PETER HERNANDEZ,

Petitioner,

v.

SUWANNEE CORRECTIONAL
INSTITUTION WARDEN AND
STAFF, et al.,

Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5079

Opinion filed December 18, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Peter Hernandez, pro se, Petitioner.

No appearance for Respondents.

PER CURIAM.

The petition for writ of mandamus is denied.

LEWIS, C.J., VAN NORTWICK and ROWE, JJ., CONCUR.